UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **BRENT WOOD,** | : | **COUNTS 1-3: 18 U.S.C. § 247(a)(2)** |
| | : | **(Obstruction of Persons in Free Exercise** |
| | : | **of Religious Beliefs)** |
| | : | |
| **Defendant.** | : | |

## INDICTMENT

The Grand Jury for the District of Columbia charges that at times material to this indictment, on or about the dates and at the approximate times stated below:

### Introduction

1. The Kesher Israel Congregation (the "Synagogue") is a modern orthodox synagogue. It has been located at 2801 N Street, N.W., Washington, D.C., since 1915. The Synagogue provides daily religious services, regular educational and social programs, and engages in charitable works.

2. On the morning of December 17, 2023, congregants gathered at the Synagogue for religious study.

3. On December 17, 2023, at approximately 9:20 a.m., the defendant, BRENT WOOD, drove a U-Haul truck around security barriers, onto the sidewalk, and parked directly in front of the Synagogue's main entrance on N Street.

4.  For approximately the next ten minutes in the immediate vicinity of the Synagogue, the defendant, BRENT WOOD, accosted congregants and others by spraying a noxious aerosol, while yelling: "Gas the Jews!"

5.  The allegations contained in Paragraphs 1 through 4 of this Indictment are realleged and incorporated as to all Counts charged below.

## COUNTS ONE THROUGH THREE
### 18 U.S.C. § 247
### (Obstruction of Persons in the Free Exercise of Religious Beliefs)

On or about December 17, 2023, in the District of Columbia, the defendant, BRENT WOOD, intentionally obstructed by force and threat of force, including by threat of force against the Synagogue, each victim listed below in the enjoyment of that victim's free exercise of religious beliefs, and attempted to do so:

| COUNT | VICTIM |
|---|---|
| 1. | H.S. |
| 2. | J.M. |
| 3. | J.S. |

The acts of the defendant, BRENT WOOD, included the use, attempted use, and threatened use of a dangerous weapon, and the offenses were in and affected interstate commerce.

(In Violation of Title 18, United States Code, Section 247(a)(2), (d)(3))

A TRUE BILL:

FOREPERSON

*Matthew M. Groves/jph*

MATTHEW M. GRAVES
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA